# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN ARIEL ESPINAL ESTEVEZ

Defendant.

3:26-CR-73

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Justin Ariel Espinal Estevez, by and through his counsel of record, Steven Slawinski, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial and requests an extension of time for of all pretrial motions deadlines in this case. As grounds therefore, it is averred:

1. The defendant was arraigned on May 12, 2026, and charged with various counts relating to two Hobbs Act robberies and using a firearm in furtherance of them.

1. The defendant was subsequently held in pretrial custody.

2. This case is currently scheduled for a Status Conference on June 16, 2026, and a Docket Call on June 22, 2026, before this Court.

3. Initial discovery has been provided to counsel, but I need additional time to review it with the defendant, who is detained in another state. Also, more time is needed to discuss this case and potentially reach a resolution that would obviate the need for a trial.

4. The Government does not oppose this motion.

1

**WHEREFORE**, Justin Ariel Espinal Estevez respectfully requests that the time of his trial and filing of motions be continued to this Court's next Criminal Term.

Respectfully submitted,

/s/ Steven Slawinski
Steven Slawinski
N.C. Bar No. 38956
Assistant Federal Public Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC  28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email:  Steven_slawinski@fd.org

Dated: May 26, 2026